In the Matter of the Petition of WILLIAM A. WHEELOCK, Appellant, to Vacate an Assessment.

(Argued April 14, 1890 ; decided April 22, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 28, 1889, which affirmed an order of Special Term denying motion to reduce assessments.

*James A. Deering* for appellant.

*David G. Dean* for respondent.

Agree to affirm on opinion of EARL, J., in *Matter of N. Y. Institution for Instruction of Deaf and Dumb. (Ante,* p. 234.)
All concur.
Order affirmed.

In the Matter of the Probate of the Will of WINIFRED AUSTIN, deceased.

(Argued April 14, 1890; decided April 22, 1890.)

MOTION to dismiss an appeal from order of the General Term of the Supreme Court in the first judicial department made December 31, 1886, which affirmed a decree of the surrogate of the county of New York, admitting to probate the will of Winifred Austin, deceased.

*Henry L. Sprague* for motion.

*W. S. Logan* opposed.

Agree to dismiss appeal.
All concur.
Appeal dismissed.